UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD KRUSE, <br><br> Plaintiff, <br><br> vs. <br><br> LUIS M. FERREIRA AND FISCHER FOODS OF NEW YORK, INC., <br><br> Defendants. | Case No.: 2:17-cv-02976-TON <br><br> **FILED** <br> JUL 13 2017 <br> KATE BARKMAN, Clerk <br> By_____Dep. Clerk |

## STIPULATION

AND NOW, this *13th* day of *July*, 2017, it is hereby stipulated and agreed by and between Lawrence Kalikhman, Esquire, attorney for Plaintiff, Richard Kruse, and John M. Guthrie, Esquire, attorney for Defendants, Luis Ferreira and Fischer Foods of New York, Inc., that Plaintiff hereby agrees to cap his claimed damages at not in excess of Seventy Five Thousand ($75,000.00) Dollars, exclusive of interest and costs, and that Plaintiff shall not be entitled to recover an award in excess thereof, exclusive of interest and costs, and the case is hereby remanded to the Court of Common Pleas of Philadelphia County, Docket Number 170503713.

**KALIKHMAN & RAYZ, LLC**

Dated: 7/12/17         BY: _____

Lawrence Kalikhman, Esquire
1051 County Line Road, Suite A
Huntingdon Valley, PA 19006
215-364-5030
lkalikhman@kalraylaw.com
Attorney for Plaintiff, Richard Kruse

**LAW OFFICES OF TERKOWITZ & HERMESMANN**

Dated: 7/6/2017

BY: _____
John M. Guthrie, Esquire
309 Fellowship Road, Suite 200
Mount Laurel, NJ 08054
856-642-4012
jguthrie@hanover.com
Attorney for Defendants, Luis Ferreira and Fischer Foods of New York

T. N. O'Neill
7-13-17