

UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Room 2609
Philadelphia, PA  19106-1797

Kate Barkman
Clerk of Court

Clerk's Office
215-597-7704

9/29/2017

Court of Common Pleas
Philadelphia County
Office of the Prothonotary
Room 296 – City Hall
Philadelphia, PA  19107

FILED
OCT 16 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

RE:  Kruse v. Ferreira, et al.
     C.A. No. 17-cv-2976

TO THE PROTHONOTARY:

Enclosed herewith is the original record from the Court of Common Pleas, together with a copy of the Stipulation and Order which was filed in this office on 7/14/17.

Kindly acknowledge receipt on the copy of this letter provided.

Sincerely,

Kate Barkman
Clerk of Court

By:_____Michele Helmer_____
     Michele Helmer Deputy Clerk

cc:

OCT 1 2 2017

Received above record this          day of                    ,

_____Patricia M. Allister_____
                Signature

proret.frm